# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 08mj2682
                         )
vs                       )   ABSTRACT OF ORDER
                         )
ANA GLORIA DUENAS        )   Booking No. _____
                         )
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __9/5/8__ the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __15,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

OR

Received _____   W. SAMUEL HAMRICK, JR.   Clerk
          DUSM                  by
                                    _____ Deputy Clerk

Crim-9 (Rev 6-95)              J. JARABEK          ☆ U.S. GPO: 1996-783-398/40151

RECEIVED 2008 SEP -5 PM 2:26 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

CLERKS' COPY